■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN THOMAS, Appellant. — Judgment of the Supreme Court, Queens County (Savarese, J.), rendered August 20, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Thompson, Bracken and Rubin, JJ., concur.